```
                  UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION
```

ROBERT DUNBAR,                    )
                                  )
            Plaintiff,            )
                                  )
      v.                          )    No.  12 C 1295
                                  )
OFC. GRODE, et al.,               )
                                  )
            Defendants.           )

## MEMORANDUM ORDER

On March 26, 2012 this Court issued a minute order that granted pro se plaintiff Robert Dunbar ("Dunbar") leave to proceed in forma pauperis in the limited sense provided by 28 U.S.C. § 1915 ("Section 1915") -- that is, the $350 filing fee is to be paid in installments rather than in advance. That minute order stated that a confirmatory written order would follow, and this memorandum order does just that.

For the relevant six-month period prescribed by Section 1915(a), the average monthly deposits to Dunbar's trust fund account at the County Jail came to just $4.60, so that the required initial payment toward the filing fee (20% of that figure under Section 1915(b)(1)) is $0.92. Because the $0.92 initial installment on account of the fee is ordered to be paid forthwith, the County Jail trust fund officer is ordered to collect that amount from Dunbar's trust fund account and to pay it directly to the Clerk of Court ("Clerk"):

Office of the Clerk
                          United States District Court
                          219 S. Dearborn Street
                          Chicago, IL  60604

                     Attn:  Fiscal Department

Both that initial payment and all future payments called for in this memorandum order shall clearly identify Dunbar's name and the 12 C 1295 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this memorandum order to the County Jail trust fund officer.

After such initial payment, the trust fund officer at the County Jail (or at any other correctional facility where Dunbar may hereafter be confined) is authorized to collect monthly payments from Dunbar's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Dated:  March 27, 2012